KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIA Y. JE
Deputy Attorney General
State Bar No. 192746
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5567
  Fax:  (415) 703-5480
  E-mail:  Julia.Je@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR MARTINEZ, | 15-cv-04849-BLF (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| C. DUCART, Warden, | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March 7, 2016, to file the answer to the application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within **thirty (30) days** of the date the answer is filed.

    Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days**

1  of the date any opposition is filed.

3  Dated: _____Jan 6_____, 2016.

_____
HON. BETH LABSON FREEMAN
United States District Judge